UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Cesar Heriberto Contreras Romero,<br><br>Petitioner,<br><br>v.<br><br>DONALD TRUMP, PAMELA BONDI, KRISTI NOEM, TODD LYONS, ANTONE MONIZ,<br><br>Respondents. | Civil Action No. 25-cv-11351-JEK |

## JOINT PROPOSED BRIEFING SCHEDULE

The Parties have conferred and file this Joint Proposed Briefing schedule. Per the Parties discussions, Petitioner seeks an opportunity to amend his Habeas Petition to account for a possible challenge to denial of a bond hearing in Immigration Court.

As such, Petitioner proposes to amend his Petition by Friday, May 30, 2025. Respondents request 14 days to respond to the amended Petition as contemplated by Fed. Rule Civ. Pro. 15.

LEAH B. FOLEY
United States Attorney

Dated: May 22, 2025    By:    */s/ Mark Sauter*
Mark Sauter
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.:(617) 748-3347
Email: mark.sauter@usdoj.gov

**Local Rule 7.1 Certification**

I have conferred with Plaintiff's counsel, who joins in the relief in this motion.

Dated: May 22, 2025            By:     */s/ Mark Sauter*
                                       Mark Sauter
                                       Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: May 22, 2025            By:     */s/ Mark Sauter*
                                       Mark Sauter
                                       Assistant United States Attorney