UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CESAR HERIBERTO CONTRERAS ROMERO, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP; PAMELA BONDI, U.S. ) <br> Attorney General; TODD LYONS, Acting ) <br> Director U.S. Immigrations and Customs ) <br> Enforcement; KRISTI NOEM, U.S. Secretary ) <br> of Homeland Security; and ANTONE MONIZ, ) <br> Superintendent of Plymouth County Correctional ) <br> Facility, ) <br> ) <br> Respondents. ) <br> ) | Case No. 1:25-cv-11351-JEK <br><br> **PETITION FOR WRIT OF HABEAS CORPUS** |

**PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL**

Petitioner hereby gives notice of voluntary dismissal of his Petition for Writ of Habeas Corpus, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). On June 13, 2025, the Petitioner was released on bond from the custody of Immigration and Customs Enforcement (ICE). On June 14, 2025, the Petitioner was permitted to remove the GPS ankle monitor which ICE had affixed and was otherwise disenrolled from any ongoing monitoring.

Pursuant to Fed. R. Civ. P. 41(a)(1)(B), this voluntary dismissal is without prejudice. Respectfully submitted this 16th day of June, 2025.

                                                */s/ Elizabeth Badger*
                                                Elizabeth Badger, Esq.
                                                BBO # 663107
                                                Attorney for Petitioner
                                                Political Asylum/Immigration
                                                    Representation (PAIR) Project
                                                98 North Washington St, Ste. 106
                                                Boston, MA 02114
                                                (617) 545-3373

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be served electronically upon the Respondents, who are registered ECF participants on June 16, 2025.

                                                       /s/ *Elizabeth Badger*
                                                    Elizabeth Badger